

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00730-CV

Joien **PARKER**,
Appellant

v.

**SPI-LA MIRAGE APARTMENTS**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2024CV07454
Honorable Cesar Garcia, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE MCCRAY, AND JUSTICE MEZA

In accordance with this court's opinion of this date, this appeal is **DISMISSED**.

SIGNED May 7, 2025.

H. Todd McCray, Justice